**Edward E. PRICE, Petitioner–Appellant,**

**v.**

**Burl CAIN, Warden, Louisiana State Penitentiary, Respondent–Appellee.**

No. 10–30027.

United States Court of Appeals,
Fifth Circuit.

June 9, 2011.

Robert Stanley Noel, II, Law Office of W. Lee Perkins & Layne M. Adams, Walter Lee Perkins, Jr., Esq., Monroe, LA, for Petitioner–Appellant.

Madeleine Mary Slaughter–Young, Assistant District Attorney, Fred Royce McGaha, District Attorney's Office, Monroe, LA, for Respondent–Appellee.

Before GARWOOD, SMITH, and STEWART, Circuit Judges.

PER CURIAM: *

In this habeas corpus action, Edward Price claims an improper strike of a potential juror under *Batson v. Kentucky*, 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986). We have read the briefs and pertinent portions of the record and have consulted the applicable law and have heard the arguments of counsel. The sole question is whether the magistrate judge committed clear error in making the credibility determination that the state's jury strikes were not based on race. We conclude that there was no clear error.

The judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.